190 So.2d 913

Gano D. LEMOINE

v.

Dewey DEVILLIER.

No. 48398.

Oct. 21, 1966.

In re: Dewey Devillier applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles. 189 So.2d 694.

The application is denied. There appears no error in the judgment complained of.